# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No.3:12-po-13 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| BRADLEY A. DUNCAN, | : | |
| Defendant. | : | |

## ORDER REVOKING PREJUDGMENT PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on February 20, 2013 pursuant to a Summons issued commanding Defendant to answer the violations as set forth in the Petition filed February 12, 2013.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the conditions set forth in the terms of his probation. Accordingly, the Court found that Defendant violated the terms and conditions of probation and Defendant's probation is ordered revoked.

Without objection by Defendant the Court proceeded to sentencing after allowing Defendant and his counsel an opportunity to make a statement. Defendant is sentenced to a term of imprisonment of Three (3) days, with permission for voluntary surrender.

February 21, 2013

                                                            s/Sharon L. Ovington
                                                              Sharon L. Ovington
                                                       United States Magistrate Judge